

372 A.2d 432
Commonwealth v. Williams, Appellant.

Argued December 9, 1976. Ann
C. Lebowitz, for appellant; Deborah E. Glass, Assistant
District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 432
Commonwealth v. Williams, Appellant.

Argued December 8, 1976. Charles P. Gelso, with him John P.
Moses, for appellant; Thomas J. Glenn, Jr., Assistant
District Attorney, with him Patrick J. Toole, Jr., District
Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed; petition for reargument refused February 24, 1977.